IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Criminal No. 94-40022** |
| ) | |
| **BRYANT REAGOR,** ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW John K. Mehochko, Assistant United States Attorney, and hereby enters his appearance as additional counsel of record for the United States of America, Plaintiff, in the above matter.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    By:  /s/ John K. Mehochko
    JOHN K. MEHOCHKO
    ASSISTANT U.S. ATTORNEY
    1830 Second Avenue, Third Floor
    Rock Island, Illinois  61201
    Telephone (309) 793-5884

**CERTIFICATION OF SERVICE**

**I HERBY CERTIFY** that on June 10, 2008, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant:  Robert A. Alvarado.

      /s/ John K. Mehochko
JOHN K. MEHOCHKO
ASSISTANT U.S. ATTORNEY