E-FILED
Tuesday, 08 July, 2008  01:25:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 94-40022** |
| **Bryant Reagor** | ) | |
| Defendant | ) | |

**TO: THE U.S. MARSHAL**.

   **WE COMMAND** that you produce the body of **Bryant Reagor**, Register No. **56671-097**, who is in the custody of the Bureau of Prisons at Victorville Med II FCI before the United States District Court at the Federal Building, 211 - 19th Street, Rock Island, Illinois on **Friday, 9/5/08 at 10:15am** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

   **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

   DATED:  7/8/08

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT
   S/Denise Koester
BY: _____
    Deputy Clerk


S/Joe B. McDade
**IT IS SO ORDERED:**     _____
U.S. District Judge

DATED:        7/8/08