E-FILED
Monday, 08 September, 2008  02:37:26 PM
Clerk, U.S. District Court, ILCD

AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
SEP  8 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America )
v. )
Bryant Reagor ) Case No: 94-40022-004
) USM No: 56671-097
Date of Previous Judgment: 10/3/1995 ) Robert Alvarado
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 10/3/1995 months **is reduced to** 262 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 38                          Amended Offense Level: 36
Criminal History Category: IV                       Criminal History Category: IV
Previous Guideline Range: 324 to 405 months         Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated 10/03/1995 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/8/08                                  S/Joe B. McDade
                                                    Judge's signature

Effective Date: 9/5/08                              Joe B. McDade, U.S. District Judge
(if different from order date)                      Printed name and title