E-FILED
Monday, 08 September, 2008  03:26:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 94-40022 |
| ) | |
| BRYANT REAGOR, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given the Defendant BRYANT REAGOR appeals to the United States Court of Appeals for the Seventh Circuit from the motion to reduce sentence pursuant to Section 3582, that was partially denied by the U.S. District Court on September 5, 2008, and the judgment and order of the District Court entered on September 8, 2008 stating the same.

BRYANT REAGOR, Defendant

RICHARD H. PARSONS
Chief Federal Public Defender

BY:    s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: robert_alvarado@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney John Mehochko, U.S. Attorney's Office, 1830 2nd Avenue, Third Floor, Rock Island, IL 61201.

      s/ Robert A. Alvarado

ROBERT A. ALVARADO
Attorney for Defendant
Federal Public Defender's Office
401 Main St., Suite 1500
Peoria, IL 61602
Phone: (309) 671-7891
Fax:: (309) 671-7898
E-mail: robert_alvarado@fd.org