E-FILED
Monday, 08 September, 2008  03:29:34 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 94-40022 |
| ) | |
| BRYANT REAGOR, ) | |
| ) | |
| Defendant. ) | |

## CIRCUIT RULE 3(C) DOCKETING STATEMENT

Now comes the Defendant BRYANT REAGOR by his attorney, Robert A. Alvarado, and, pursuant to Circuit Rule 3(c), submits the following docketing statement:

1. The jurisdiction of the United States District Court for the Central District of Illinois is founded upon Title 18 U.S.C. § 3231.

2. The jurisdiction of the United States Court of Appeals for the Seventh Circuit is founded upon Title 28 U.S.C. § 1291 and Title 18 U.S.C. § 3742(a) and is based on the following particulars:

   i. Date of entry of judgment sought to be reviewed: Motion to reduce sentence pursuant to Section 3582 partially denied on September 5, 2008, and the Judgment in a Criminal Case filed on September 8, 2008 reducing the defendant's sentence to 262 months in the Bureau of Prisons;

   ii. Filing date of motion for new trial:  N/A;

   iii. Disposition of motion and date of entry:  N/A;

   iv. Filing date of notice of appeal: September 8, 2008.

        BRYANT REAGOR,
        Defendant-Appellant

        RICHARD H. PARSONS
        Chief Federal Public Defender

        BY:    s/ Robert A. Alvarado

        ROBERT A. ALVARADO
        Attorney for Defendant
        Assistant Federal Public Defender
        401 Main Street, Suite 1500
        Peoria, Illinois 61602
        Phone: 309/671-7891
        Fax: (309) 671-7898
        E-mail: robert_alvarado@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney John Mehochko, U.S. Attorney's Office, 1830 Second Ave., Third Floor, Rock Island, IL 61201.

        s/ Robert A. Alvarado

        ROBERT A. ALVARADO
        Attorney for Defendant
        Federal Public Defender's Office
        401 Main St., Suite 1500
        Peoria, IL 61602
        Phone: (309) 671-7891
        Fax:: (309) 671-7898
        E-mail: robert_alvarado@fd.org