# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

E-FILED
Monday, 08 September, 2008  04:18:55 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                     Docket No.: 94-40022-004

Division: Rock Island

### Plaintiff (Petitioner)  Short Caption  Defendant (Respondent)

USA                                          v.        Bryant Reagor

---

**Current Counsel for Plaintiff (Petitioner):**      **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: John Mehochko                          Name: Robert Alvarado

Firm: U.S. Attorney's Office                 Firm: Federal Public Defender's Office

Address: 1830 2nd Ave                        Address: 401 Main Street, Suite 1500

Rock Island, IL  61201                       Peoria, IL  61602

Phone: 309-793-5884                          Phone: 309-671-7891

---

Judge: Joe B. McDade                         Nature of Suit Code:

Court Reporter: Nancy Mersot                 Date Filed in District Court: 10/5/1994

                                             Date of Judgment: 9/8/08

                                             Date of Notice of Appeal: 9/8/08

Counsel:  _X__Appointed    ___Retained    ___Pro Se

Fee Status:   ___Paid    ___Due    _X__IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    _X__Yes    ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  56671-097_____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**