E-FILED
Tuesday, 09 September, 2008  04:55:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 8, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-3305
>
> Caption:
> UNITED STATES OF AMERICA,
> Plaintiff - Appellee
>
> v.
>
> BRYANT REAGOR,
> Defendant - Appellant

> District Court No: 4:94-cr-40022-JBM-4
> Court Reporter Nancy Mersot
> District Judge Joe McDade
> Clerk/Agency Rep Pamela Robinson
>
> Date NOA filed in District Court: 09/08/2008

If you have any questions regarding this appeal, please call this office.

CC:

Nancy Mersot

Pamela E. Robinson

form name: **c7_Docket_Notice_short_form** (form ID: **188**)